Reginald J. DAVIS, Plaintiff–Appellant,

v.

Edward S. ALAMEIDA, Jr.,
Defendant–Appellee.

No. 07–56285.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed April 6, 2009.

Reginald J. Davis, Corcoran, CA, pro se.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

California state prisoner Reginald J. Davis appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action pursuant to 28 U.S.C.

§ 1915(e). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Huftile v. Miccio–Fonseca,* 410 F.3d 1136, 1138 (9th Cir.2005), and we affirm.

The district court properly dismissed the action because Davis sought to bring a claim that had been dismissed in a prior action and failed to state a claim for relief. *See Cato v. United States,* 70 F.3d 1103, 1105 n. 2 (9th Cir.1995). ("There is no abuse of discretion where a district court dismisses under § 1915[ (e) ] a complaint that merely repeats pending or previously litigated claims.") (citation and internal quotations omitted); *Jackson v. McIntosh,* 90 F.3d 330, 332 (9th Cir.1996) (holding that a difference in opinion over proper medical treatment does not amount to deliberate indifference).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.